IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS MANUEL OCASIO SANTANA, Petitioner, | : : : : | CIVIL ACTION |
| v. | : : : | NO. 13-5407 |
| JOHN THOMAS, et al., Respondents. | : : : : | |

**ORDER**

AND NOW, this 13th day of June, 2014, upon independent consideration of the Petition for Writ of Habeas Corpus (Docket No. 1) dated August 17, 2013; the Response to the Petition for Writ of Habeas Corpus (Docket No. 8) filed by Respondents on February 10, 2014; and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated May 27, 2014, **IT IS HEREBY ORDERED** that:

1. the R&R is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_/s/ Nitza I. Quiñones Alejandro_
NITZA I. QUIÑONES ALEJANDRO, J.